IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TROY SIMMONS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **HOME DEPOT U.S.A., INC., KIMBERLY WEBB and KIMBERLY WEBB d/b/a Kim's Plumbing** | : : : | **NO. 23-3061** |

## ORDER

**NOW**, this 24th day of October, 2023, upon consideration of Plaintiff's Motion for Leave to Amend Complaint (Doc. No. 17), it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.